52

M. H. PRYOR, Appellant,

v.

The STATE of Texas, Appellee.

No. 27714.

Court of Criminal Appeals of Texas.

Oct. 19, 1955.

James Alexander ESTES, Appellant,

v.

The STATE of Texas, Appellee.

No. 27703.

Court of Criminal Appeals of Texas.

Oct. 19, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The conviction is for the offense of unlawfully carrying a pistol; the punishment, a fine of $100.

In the absence of a bond or recognizance on appeal, or a showing that appellant is in jail, we are without jurisdiction of this misdemeanor appeal. Braun v. State, 158 Tex.Cr.R. 394, 257 S.W.2d 708; Alexander v. State, Tex.Cr.App., 269 S.W.2d 682; Warren v. State, Tex.Cr.App., 269 S.W.2d 682.

The appeal is dismissed.